**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 13-7440**

───────────────

ANGELO KARON WILLIAMS, sui juris, Freeman,

Petitioner – Appellant,

v.

ERIC H. HOLDER, JR., his official capacity as: Attorney
General for United States; REX W. COFFEY, In his official
capacity as: Sheriff for Charles County Maryland; ROD J.
ROSENSTEIN, In his official capacity as: Attorney for
United States Court; WILLIAM MOOMAU, In his official
capacity as: Assistant Attorney for the United States
District Court; PETER J. MESSITTE, In his official capacity
as: Judge for the United States District Court,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:13-
cv-00252-PWG)

───────────────

Submitted: February 25, 2014          Decided: March 6, 2014

───────────────

Before KING, FLOYD, and THACKER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Angelo Karon Williams, Appellant Pro Se. Jason Daniel Medinger,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Karon Williams, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Holder, No. 8:13-cv-00252-PWG (D. Md. Aug. 16, 2013). We deny Williams' motions to amend the caption and for summary judgment/show cause hearing and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED